JAMES E. GIBBONS (SBN 130631)
jgibbons@londonfischer.com
MALLORY Y. SCHORR (SBN 317693)
mschorr@londonfischer.com
LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, California 92614
T: (949) 252-0550 | F: (949) 252-0553

Attorneys for Defendant FEDERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | **CASE NO. 2:25-cv-02553-DAD-CSK**<br><br>**DEFENDANT FEDERAL INSURANCE COMPANY'S PROOF OF SERVICE** |

On September 8, 2025, pursuant to FRCP 5(b)(2)(C), I served Defendant FEDERAL INSURANCE COMPANY'S Certificate of Interested Parties, Civil Cover Sheet, Notice of Removal of Civil Action Pursuant to 28 U.S.C. §1332 and §1441 Declaration of Mallory Y. Schorr in support of Notice of Removal, and Magistrate Judge Consent Form upon Plaintiff J. DOE by United States Mail as follows:

> J. Doe
> General Delivery
> Woodland, CA 95695-9999

FURTHER, on September 8, 2025 by email transmission, electronically mail served Plaintiff J. DOE with Magistrate Judge Consent form as follows:

> alsunstateline@gmail.com

///

///

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

374207

I declare under penalty of perjury, under California and Federal law, that the foregoing is true and correct.

Executed this 8th day of September, 2025 in Irvine, California.

_____
SUE DOBROWOLSKI

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

2
DEFENDANT'S PROOF OF SERVICE

374207

**PROOF OF SERVICE**

*J. Doe v. Federal Insurance Company, et al.*
U.S. District Court, Eastern District of California
Case No.: 2:25-cv-02553-DAD-CSK

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **September 8, 2025**, the document(s) entitled:

**DEFENDANT FEDERAL INSURANCE COMPANY'S PROOF OF SERVICE**

was/were served on the interested parties in this action by placing: [  ] the original [X] a true copy thereof, to be delivered/addressed as follows:

| **J. Doe**<br>General Delivery<br>Woodland, CA 95695-9999<br>Email: alsunstateline@gmail.com | PRO SE PLAINTIFF |
| --- | --- |

[**X**]     **(BY U.S. MAIL)** I caused sealed envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Irvine, California.  I am readily familiar with the firm's practice for collection and processing of mail.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing set forth in this affidavit, addressed as listed above.

[**X**]     **(BY ELECTRONIC MAIL)**  By causing the above-listed documents to be e-mailed to the person(s) at the e-mail address(es) set forth above.

**Executed on September 8, 2025, at Irvine, California.**

[**X**]     **(STATE)**  I declare under penalty of perjury that the foregoing is true and correct.

Sue Dobrowolski

PROOF OF SERVICE

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

374207