UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-02553-DAD-CSK<br><br>ORDER<br><br>(ECF Nos. 7, 18, 19) |

　　　Plaintiff J. Doe, who is currently proceeding by pseudonym and without counsel, has submitted multiple requests by email to court staff, including duplicative requests.[1] As the Court is sympathetic to the issues Plaintiff raises regarding their housing status and potential medical or other conditions, the Court provided various accommodations, granted Plaintiff's requests to vacate various hearings, and sua sponte provided Plaintiff with immediate CM/ECF email notification of case filings before Plaintiff filed a formal request for electronic service. Unfortunately, despite multiple attempts to explain and provide clear instructions, Plaintiff continues to disregard and violate the Court's orders.

　　　On September 16, 2025, Plaintiff sent two e-mails to court staff without including

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

defense counsel, requesting hearing information, remote appearance, electronic communication, disability accommodation, and "Clarification Regarding Assignment to a Magistrate Judge." On September 17, 2025, the Court issued the following Minute Order:

> Court staff received an email communication from Plaintiff on 9/16/2025 that did not include defense counsel. Besides scheduling questions, communications with the Court and court staff must include all other parties. In addition, all requests must be filed, not sent by email or other communication.
>
> Requests for remote appearances must be filed following Judge Kim's Civil Standing Orders, which are available on Judge Kim's webpage on the district court's website (https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/ ). Plaintiff is also reminded to review the Local Rules of the United States District Court for the Eastern District of California, which are available on the district court's website (https://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/ ).
>
> Plaintiff requested information regarding the hearing schedule. Motion Hearing is set for 11/18/2025 at 10:00 AM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim.
>
> Though Plaintiff did not file a formal request for electronic service as required, the Clerk is directed to configure Plaintiff's account so that Plaintiff will receive immediate email notifications when documents are filed in the case. Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D). A courtesy copy of this Minute Order is being sent to Plaintiff at alsunstateline@gmail.com.

(ECF No. 7.) This Minute Order was also sent to Plaintiff by email based on their request for email notification.

The Court also granted Plaintiff's accommodation request in the following Minute Order:

> Judge Kim received Plaintiff's request for an accommodation for hearings to participate remotely by video or telephone, or to submit on the motion in writing. To the extent a motion is scheduled for a hearing and is not submitted on the record vacating the hearing, Judge Kim will permit Plaintiff to participate remotely by video. If a hearing goes forward, instructions on how to participate remotely by video will be provided closer in time to the actual hearing date. Telephone appearances are not

permitted.

9/24/2025 Minute Order (ECF No. 18). As requested, the Court submitted Plaintiff's motion to remand (ECF No. 13) and Plaintiff's motion for a more definite statement (ECF No. 5) on the written record without a hearing. (ECF Nos. 16, 17.)

Despite the issuance of the September 17, 2025 Minute Order, Plaintiff continued to send e-mail communications to court staff. As a result, on September 24, 2025, the Court issued the following Minute Order:

> Plaintiff responded to the September 17, 2025 Minute Order (ECF No. 7) by sending further email communications to Court staff. **Going forward, Plaintiff should refrain from sending email communications to Court staff on issues other than scheduling.**
>
> **Court staff cannot provide legal advice or instructions. In addition, every judge has hundreds of pending cases and it is not possible for chambers to individually confirm receipt of filings with the thousands of parties involved in pending cases.** Parties may call or visit the Clerk's Office regarding the status of filings, and the district court's website provides contact information for the Clerk's Office and additional information.
>
> As instructed in the September 17, 2025 Minute Order (ECF No. 7), Plaintiff must file requests and not submit those by email or other communications. Plaintiff's accommodation request has already been resolved by Minute Order (ECF No. 18).

(ECF No. 19 (emphasis added).)

Despite the clear instructions in this September 24, 2025 Minute Order, Plaintiff continues to send email communications to court staff in violation of the Court's orders, including emails after business hours and on the weekend. This is improper. The Court provides three examples.

First, on Saturday, September 27, 2025 at 9:18 p.m., Plaintiff emailed court staff inquiring about vacated hearing dates and to "refile" a duplicative accommodation request. The Court has already responded to Plaintiff's accommodation request through its September 24, 2025 Minute Order (ECF No. 18), which was also provided to Plaintiff electronically as requested and as provided above. There are no hearings currently

3

1  scheduled. Duplicative requests will not be further addressed, and **Plaintiff is expressly**
2  **instructed to stop submitting duplicative requests.** Any future requests for
3  accommodations that are <u>not</u> duplicative of requests already submitted must be
4  accompanied by documentation of the basis for the requested accommodation.
5      Second, on October 8, 2025, Plaintiff emailed court staff requesting confirmation
6  of different documents Plaintiff filed despite being informed by Minute Order that
7  chambers could not individually confirm receipt of a party's filings and despite the Court
8  providing Plaintiff with email notification of filed documents.
9      Third, on October 10, 2025 at 9:10 p.m., Plaintiff emailed court staff again
10 requesting confirmation regarding a document Plaintiff filed despite being informed by
11 Minute Order that chambers could not individually confirm receipt of a party's filings and
12 despite the Court providing Plaintiff with email notification of filed documents. Plaintiff
13 also requested that a motion Plaintiff "mailed for filing about October 3, 2025" be filed
14 "on or after November 1, 2025" as "a reasonable accommodation." The Court denies this
15 request. The Court and court staff cannot artificially set a filing date for a document filed
16 by a party based on a party's request. Doing so would be improper, and Plaintiff provides
17 no legal authority for such action.
18     As provided in the Court's September 17, 2025 Minute Order, Plaintiff already
19 receives immediate CM/ECF email notifications when documents are filed in the case,
20 including Plaintiff's own fillings. Plaintiff has also forwarded to court staff the CM/ECF
21 email notifications of case filings Plaintiff has received, confirming that Plaintiff is
22 receiving such email filing notices. Therefore, Plaintiff has no need to also separately
23 contact court staff to inquire about the status of filings. Despite receiving immediate
24 email notification of filings, if for some reason Plaintiff still has a question about whether
25 a document they have submitted for filing was actually filed, as Plaintiff was previously
26 instructed, parties may call or visit the Clerk's Office regarding the status of filings, and
27 the district court's website (https://www.caed.uscourts.gov/) provides contact information
28 for the Clerk's Office and additional information.

In addition, as a courtesy, Plaintiff is also informed that the district court's calendar is publicly available on the district court's website. Therefore, Plaintiff can themselves check whether and when a hearing is scheduled without contacting court staff.

This district court in particular has a strong need and interest in managing its docket and its limited judicial resources given the extremely high caseload in the Eastern District of California. Plaintiff's repeated failures to follow court orders has already expended limited judicial resources, including the issuance of this detailed order. **Due to Plaintiff's repeated failures to follow court orders, court staff will not respond to Plaintiff's further email communications.** Plaintiff must formally <u>file</u> all requests in writing and must not submit any requests by email or other communications. *See also* 9/17/2025 Minute Order; 9/24/2025 Minute Order.

Plaintiff must follow the Local Rules, the Federal Rules of Civil Procedure, and court orders, and Plaintiff is expressly warned that violations may result in sanctions.

Dated:  October 17, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/doe2553.25.order

5