UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J. DOE,

Plaintiff,

v.

FEDERAL INSURANCE COMPANY, et al.,

Defendants.

Case No. 2:25-cv-02553-DAD-CSK

ORDER

(ECF Nos. 33, 34, 36)

On March 20, 2026, the Court issued an Order and Findings and Recommendations denying Plaintiff J. Doe's motions to remand (ECF Nos. 13, 26), granting Plaintiff's motion to proceed under a pseudonym (ECF No. 32), denying Plaintiff's motion for protective order (ECF No. 32), denying Plaintiff's request for reasonable accommodations and e-filing access (ECF No. 33), denying Plaintiff's requests to proceed in forma pauperis (ECF Nos. 33, 34), and recommending Defendant's motion to dismiss (ECF No. 5) be granted with leave to amend. 3/20/2026 Order and Findings and Recommendations (ECF No. 36). The Court is in receipt of Plaintiff's objections to the Findings and Recommendations, Plaintiff's supplement to their objections, and Defendant Federal Insurance Company's objections to the 3/20/2026 Findings and Recommendations. (ECF Nos. 37, 40, 39.)

1

Both parties object that the Court erred in denying Plaintiff's motions to remand where the motions raise a jurisdictional issue. (ECF No. 37 at 13; ECF No. 39 at 1, 5; ECF No. 40 at 2-3, 10.) Accordingly, the Court VACATES its March 20, 2026 Order and Findings and Recommendations in its entirety.

For the reasons that follow, the Court ORDERS the following: (1) Plaintiff's renewed request for reasonable accommodations and e-filing access (ECF No. 33) is DENIED; and (2) Plaintiff's requests to proceed IFP (ECF Nos. 33, 34) are DENIED as unnecessary. The Court will separately address Defendant's motion to dismiss (ECF No. 5), Plaintiff's motions to remand (ECF No. 13, 26), and Plaintiff's motion to proceed under a pseudonym and for a protective order (ECF No. 32). These motions are submitted upon the record and briefs. No further briefing will be accepted.

## I.      DISCUSSION

Plaintiff has filed several miscellaneous motions. (ECF Nos. 33, 34.) The Court addresses each in turn.

Plaintiff seeks to proceed IFP in this action due to inability to pay fees and costs. (ECF Nos. 33, 34.) Defendant removed this action to this Court and paid the filing fee. (ECF No. 1.) Plaintiff is therefore not required to pay the filing fee. Accordingly, Plaintiff's requests to proceed IFP are denied as moot. (*See* ECF Nos. 33, 34.)

Plaintiff also renews their request for e-filing access to file documents in CM/ECF in light of Plaintiff's disabilities and immigration status. (ECF No. 33 at 2-4.) In the alternative, Plaintiff requests an order directing the Clerk of the Court to accept Plaintiff's filings by email, waive the original signature requirement, and provide a standing 14-day extension to respond to any filing. (*Id*. at 4.) The Court previously addressed plaintiff's motion for e-filing access on September 24, 2025 and denied the motion with respect to utilizing the CM/ECF system to file documents but granted Plaintiff electronic service of documents. 9/24/2025 Order (ECF No. 15). The Clerk of the Court also previously configured Plaintiff's account so that Plaintiff would receive immediate email notifications when documents are filed. 9/17/2025 Order (ECF No. 7). Plaintiff's renewed request

does not demonstrate good cause to depart from the normal filing procedure for unrepresented litigants. Plaintiff's requests for filing by email, waiver of original signature, and a standing extension to respond, are also denied. Plaintiff is reminded of the requirement to follow the Local Rules, the Federal Rules of Civil Procedure, and court orders. Accordingly, Plaintiff's renewed request for e-filing access is denied. *See* ECF No. 33.

**Plaintiff is further cautioned to carefully review the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of California,[1] and Judge Kim's Civil Standing Orders.[2] Pro se litigants are expected to know and comply with the rules of civil procedure. *See American Ass'n of Naturopathic Physicians v. Hayhurst*, 227 F.3d 1104, 1108 (9th Cir. 2000); *see also McNeil v. United States*, 508 U.S. 106, 113 (1993) ("[W]e have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel."). Plaintiff has previously been expressly warned that failure to follow the Local Rules, the Federal Rules of Civil Procedure, and court orders may result in sanctions. *See* 10/17/2025 Order (ECF No. 30.)**

## II.    CONCLUSION

Accordingly, IT IS ORDERED THAT:

1.    The Court's Order and Findings and Recommendations filed on March 20, 2026 (ECF No. 36) is VACATED;

2.    Plaintiff's renewed request for reasonable accommodations and e-filing access (ECF No. 33) is DENIED; and

/ / /

/ / /

---

[1]   The Local Rules of the United States District Court for the Eastern District of California are available on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.

[2]    Judge Kim's Civil Standing Orders are available on Judge Kim's webpage on the district court's website: https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-chi-soo-kim-csk/.

3.  Plaintiff's requests to proceed IFP (ECF Nos. 33, 34) are DENIED as unnecessary.

Dated:  May 6, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8, doe.2553.25.f&r.vac