UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOE,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:25-cv-02553-DAD-CSK PS<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION TO STRIKE OR DISMISS, GRANTING PLAINTIFF'S MOTION TO REMAND, DENYING PLAINTIFF'S MOTION FOR SANCTIONS, AND DENYING PLAINTIFF'S REMAINING MOTIONS AS MOOT</u><br><br>(Doc. Nos. 5, 13, 26, 42, 43) |

Plaintiff J. Doe is proceeding *pro se* in the above-captioned civil action, involving an insurance coverage dispute, which was removed from the Yolo County Superior Court to this federal court on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's unopposed[1] motion seeking leave to file a first amended complaint eliminating all federal claims and to remand this action to the Yolo County Superior Court be granted. (Doc. No. 12) The magistrate judge also recommended that the remaining pending motions in this case be denied. (*Id.*)

[1] Defendants filed a statement of non-opposition to the granting of plaintiff's motion in this regard. (Doc. No. 8.)

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 11.) On June 1, 2026, the court received plaintiff's lengthy "limited objections" to the pending findings and recommendations. (Doc. No. 44.) Therein, plaintiff states that plaintiff has no objection to the recommendation that this action be remanded to the Yolo County Superior Court. (*Id.* at 1-2, 12.) The remainder of plaintiff's objections are devoted solely to discussing motions that the assigned magistrate judge properly addressed by way of orders which are not the proper subject of objections. *See* Local Rule 304(b). To the extent plaintiff's objections could be liberally construed as seeking reconsideration of the magistrate judge's orders (*see* Local Rule 303(c)), they are procedurally defective. Moreover, any motion for reconsideration of such orders has been rendered moot by this order remanding this case to state court.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 18, 2026 (Doc. No. 43), are adopted in full;
2. Plaintiff's unopposed motion for leave to file a first amended complaint and to remand this action to the Yolo County Superior Court (Doc. No. 13), is granted;
3. Plaintiff's second motion to remand (Doc. No. 26) is denied as duplicative;
4. Defendant's motion for a more definite statement and motion to strike, or in the alternative to dismiss (Doc. No. 5) is denied;
5. Plaintiff's request for the imposition of sanctions (Doc. No. 13) is denied;
6. Plaintiff's emergency motion for reconsideration, stay and reassignment (Doc. No. 42) is denied as moot;

[2] The undersigned does note that even if plaintiff's objections were construed as a motion for reconsideration of the magistrate judge's orders referred to therein, such a motion would be denied because none of those orders were clearly erroneous or contrary to law. Local Rule 303(f).

7. This case is hereby remanded to the Yolo County Superior Court; and

8. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 9, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE